Marcus R. Mumford (12737)
**MUMFORD WEST & SNOW, LLC**
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
801.559.0020 (phone)
801.559.0021 (fax)
mrm@mumfordwest.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| QSG, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>DANA SCHLITTLER, et al.,<br><br>*Defendants*. | **PLAINTIFF'S MOTION TO DISMISS DEFENDANTS DANA SCHLITTLER'S AND ECLAIMVISION, LLC'S COUNTERCLAIMS FOR DECLARATORY JUDGMENT**<br><br>Civil No. 2:11-cv-00871-TC<br><br>Judge Tena Campbell |

Pursuant to Fed. R. Civ. P. 12(b)(6), Plaintiff QSG, Inc. ("QSG") respectfully moves the Court to dismiss Defendants Dana Schlittler's ("Schlittler") and eClaimVision, LLC's ("eClaimVision") Counterclaims for Declaratory Judgment of Non-Infringement of Copyright and Declaratory Judgment Specifying No Violation of the Utah Uniform Trade Secrets Act.

This Motion is supported by a Memorandum of Points and Authorities filed concurrently herewith, the records and pleadings on file with the Court, all matters of which the Court may take judicial notice, and such other evidence and oral argument that may be presented at any hearing. QSG respectfully requests oral argument, should the Court deem it necessary.

DATED this 28th day of November, 2011.

*/s/ Marcus R. Mumford*
*Attorney for Plaintiff*